No. —, original. Ex PARTE BRUMMETT. May 20, 1935. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. C. M. Brummett, pro se.*

No. —, original. Ex PARTE LERNER. May 20, 1935. The rule to show cause is discharged and the motion for leave to file petition for a writ of mandamus is denied. *Messrs. ·Emil Hersh, Herbert Morse,* and *I. J. Post* for petitioner.

No. 602. HARTLEY, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. May 20, 1935. Ordered that the opinion delivered in this cause on April 29, 1935, be modified as follows:

By adding at the end of line 2 on page 1 the words " and held ";

By striking from lines 19 and 20 on page 1 the words " to which the Revenue Acts of 1921 and 1924 were respectively applicable ";

By substituting for the words " 1924 Act " wherever they occur, the words " 1924 and 1926 Acts," and by making changes in punctuation and wording appropriate to the last mentioned modifications. [Opinion reported as modified, *ante,* p. 216.]